IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **12-cr-00229-JLK**

**UNITED STATES OF AMERICA,**

 Plaintiff,

v.

**1. JON CHRISTOPHER BAKER,**

 Defendant.

# ORDER

Kane, J.

 This matter is currently before me on the government's Motion for Order Pursuant to 18 U.S.C. § 3509(d) (doc. 18). Having reviewed that motion and I find that, due to the nature of the charges, the privacy protection measures afforded under the Child Victims' and Child Witnesses' Rights Act ("Act"), 18 U.S.C. § 3509, including § 3509(d), apply to this case. Specifically, I find that there is a significant possibility that disclosure to the public of the names or other information concerning any minor victims or witnesses in this case would be detrimental to the minors.

 The defendant does not object to the entry of an order of protection pursuant to 18 U.S.C. § 3509(d).

 Good cause appearing, I hereby order that:

(a) All persons acting in this case in a capacity described in 18 U.S.C. § 3509(d)(1)(B)

1

shall, during all pre-trial proceedings in this case, refer to any minors involved by a moniker such as "minor #1" for each such minor;

(b) The name and all identifying information regarding any minor victim or witness shall be maintained as confidential without the necessity of a court order, pursuant to and in compliance with 18 U.S.C. § 3509(d)(1), and all papers to be filed in court that disclose the name or other information concerning a child shall be filed under seal without necessity of obtaining a court order, pursuant to and in compliance with 18 U.S.C. § 3509(d)(2); and

(c) Counsel for the Government and counsel for Defendant shall provide one another with an unredacted copy of any redacted pleading filed in this case, provided that such pleading is not filed *in camera*.

Dated: June 4, 2012

BY THE COURT:

**/s/John L. Kane**
Senior U.S. District Court Judge