# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00229-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JON CHRISTOPHER BAKER

    Defendant.

## ORDER CONCERNING DISCLOSURE
## OF GRAND JURY MATERIALS

Kane, J.

This matter is before me on the "Motion to Disclose Grand Jury Material" filed by the Government, Doc. 57. Upon consideration of the motion, it is ORDERED as follows:

1. The United States Attorney's Office may disclose to the defense the transcripts of testimony before the Grand Jury in the above-captioned case. The defense attorney is to maintain control over the material, keeping it in his confidential files and under the control of his or her confidential employees. Defense counsel may make only such copies as are necessary to prepare a defense of this criminal case. No person, other than defense counsel, make any copy of the grand jury materials for any purpose. The defendant may not retain copies of any grand jury materials. The Court's Order here today permits pretrial disclosure of the Grand Jury transcripts which would be disclosed pursuant to 18 U.S.C. §3500 or Federal Rules of Criminal Procedure 26.2 and 16.

2. The Grand Jury material so disclosed is to be used for the purposes of the above captioned case, to include any appeals taken, and for no other purpose until further order

of this Court. The United States Attorney's Office is directed to enclose a copy of this Order with any Grand Jury material disclosed pursuant to this Order.

DATED: June 28, 2013

BY THE COURT:
*s/John L. Kane*
John L. Kane, U.S. Senior District Judge